# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RECEE APFEL, individually, and<br>AL APFEL, individually, and<br>As Husband and Wife,<br><br>    Plaintiffs,<br><br>v.<br><br>(2) STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: CIV-18-608-M<br>)<br>) (Removed from Oklahoma County<br>)     CJ-2018-2802)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Recee Apfel, individually, and Al Apfel, individually, and as Husband and Wife, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

s/Joe Carson
Joe Carson, OBA#19429
127 N.W. 10th St.
Oklahoma City, OK 73103
Telephone: (405) 397-1717
Facsimile: (405) 241-5222
E-mail: joe@warhawklegal.com
ATTORNEY FOR PLAINTIFF

s/ Michael W. Brewer
Michael W. Brewer, OBA #11769
Jeffrey D. Scott, OBA #32115
Hiltgen & Brewer
9505 North Kelley Avenue
Oklahoma City, OK 73131
E-mail: mbrewer@hbokc.law
ATTORNEY FOR DEFENDANT

1